157 A.3d 840

RICHARD CATENA, PLAINTIFF–RESPONDENT, v. RAYTHEON COMPANY, INDIVIDUALLY AND AS SUCCESSOR TO AIR ASSOCIATES, INC. AND ELECTRONIC COMMUNICATIONS, INC., HONEYWELL INTERNATIONAL, INC., INDIVIDUALLY AND AS SUCCESSOR TO BENDIX CORPORATION AND ALLIED CORP., ORIGINIT FABRICS, INC., ORIGINIT FABRICS OF NEW YORK, INC., COMBINATES CORPORATION, DEFENDANTS, AND DANIEL P. ANDERSEN, DEFENDANT, AND WELLS FARGO BANK, N.A., A DIVISION OF WHICH IS WACHOVIA BANK, N.A., SUCCESSOR TO FIRST FIDELITY BANK, DEFENDANT–PETITIONER.

December 2, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004636–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.